Winifred Fisher, administratrix of the estate of George Fisher, deceased, defendant in error, v. Chicago, Rock Island & Pacific Railway Company, plaintiff in error. Gen. No. 23,760.

Action under the Federal Employers' Liability Act to recover for death of engineer killed upon engine running into turntable pit. Judgment for plaintiff for $10,000. Error to the Circuit Court of Cook county; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed December 24, 1918.

M. L. Bell and A. B. Enoch, for plaintiff in error. Burry, Johnstone & Peters and Frank T. Ransom, for defendant in error.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Joseph Bandzera, by Wiktoria Kania, appellee, v. Standard Steel Car Company, appellant. Gen. No. 23,777.

Action to recover for injuries to minor employee, employed more than 48 hours per week, in violation of the Indiana statute. Judgment for plaintiff for $15,000. Appeal from the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed December 24, 1918. Rehearing denied January 3, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Fred Crumpacker and Schuyler F. Lynn, for appellant. Beach & Beach and M. C. Zacharias, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Clifford A. Rainford, appellee, v. Chicago City Railway Company, appellant. Gen. No. 23,795.

Action to recover for personal injuries by a street car conductor who was struck by car on adjoining track while crossing street to arrange for lunch. Defendant had rejected compensation act. Judgment for plaintiff for $4,500. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed December 24, 1918.

Busby, Weber & Miller, Franklin B. Hussey and Arthur J. Donovan, for appellant; John R. Guilliams, of counsel. James C. McShane, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.